**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JASHANPREET SINGH,** | : | |
| **Petitioner** | : | **CIVIL ACTION NO. 3:26-701** |
| **v.** | : | **(JUDGE MANNION)** |
| **CRAIG A. LOWE**, *et al.,* | : | |
| **Respondents** | : | |

### O R D E R

Presently before the court is petitioner Jashanpreet Singh's petition for a writ of habeas corpus pursuant to 28 U.S.C. §2241. (**Doc. 1**). For the reasons stated in the court's memorandum filed this same day, **IT IS HEREBY ORDERED** that the petition is **GRANTED**. Respondents are **ORDERED** to **immediately release** Singh and are permanently **ENJOINED** from re-detaining him under 8 U.S.C. §1225(b). Respondents are **DIRECTED** to file a declaration or affidavit pursuant to 28 U.S.C. §1746 confirming that Singh has been released from custody. Respondents are also temporarily **ENJOINED** from re-arresting Singh for a period of 14 days to ensure that this habeas remedy is effective.

If Respondents later detain Singh under 8 U.S.C. §1226, they will be required to provide him with notice and, within 10 days of his detention, a bond hearing before an immigration judge, who shall provide an

- 2 -

individualized assessment as to whether he poses a flight risk or a danger to the community. If Singh is re-detained under §1226 and Respondents fail to schedule a timely bond hearing, he will be permitted to reopen this matter.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: April 28, 2026**
26-701-01-ORDER

- 2 -